# Leslie Robert Evans & Associates, P.A., Counselors at Law          561.832.8288
**214 Brazilian Avenue, Suite 200, Palm Beach, FL 33480     Fax: 561.832.5722**

E.Mail: jdollard@lrevanspa.com

December 5, 2016

**FOR SETTLEMENT PURPOSES ONLY PURSUANT TO FEDERAL RULE OF EVIDENCE 408**

<u>Sent Via FedEx</u>
<u>Date Sent: 12/05/2016</u>
<u>Tracking No.:</u>

OEC Logistics, Inc.
Attn: James Abbott
9905 NW 17th Street
Suite 107
Miami, Florida 33172

    RE:    Shipping and Transit, LLC-U.S. Patent Number(s): 6,415,207; 6,904,359 ; 6,763,299; 7,400,970
            File: OEC Logistics, Inc. d/b/a OecGroup.com

Dear Mr. Abbott:

    We represent the owners of Shipping and Transit, LLC[1], formerly known as ArrivalStar S.A. and Melvino Technologies Limited (collectively "Shipping") in the enforcement of Shipping's United States Patent Number 6,415,207 ("the '207 patent") <u>*for licensing*</u>, and the 6,904,359 ("the '359 patent"), 6,763,299 ("the '299 patent"), 7,400,970 ("the '970 patent") <u>*for past usage and back damages*</u> (35 U.S.C. 286 of The Patent Act) of "the Shipping and Transit Patent")[2].

    Shipping and Transit, LLC is a product development and patent licensing company. Shipping currently has one product, "my-ASN"[3] in the market place, and two others currently in

---

[1] Shipping and Transit, LLC is Florida limited liability company located 711 Southwest 24th Avenue, Boynton Beach, Florida 33435.

[2] A copy of the '207, '359, '299 and '970 Patent(s) can be found at www.googlepatents.com, however for convenience copies are attached hereto.

[3] With more and more people shopping less at retail stores, and buy more products online, "my-ASN" was created to assist the online shopper. Online purchasing is nothing short of a revolution, and as more people purchase online (over traveling to retail stores) the abundance of products shipped to each household and person has multiplied. "*My*-ASN" monitors ALL shipments in one easy location. The consolidation of ALL shipments allow users to quickly see "what's being delivered today" and "shipments delayed or behind schedule" without combing through endless emails.




development. The "*my*-ASN" has received positive feedback from consumers who have had the opportunity to use it, because it saves them time, organizes purchases in one place and allows them to closely monitor the status of their shipment.

Generally, the Shipping Patents are directed to different technologies within arrival and status messaging systems and methods for the transportation, transportation logistics, cargo shipment, package delivery, package tracking, warehousing, logistics, mail, airline, ocean vessels, and related industries. Prior to sending this correspondence, our team at Shipping did research regarding your company and determined that patent usage existed. This correspondence will break down how each part of the patent(s) claim was used and how the '207, '359, ' 299 and '970 Patents covered your technologies and services.

OEC Logistics, Inc. d/b/a OecGroup.com ("OEC") use of its Tracking System(s) (including but not limited to responsive notification delays, customized notification, send international SMS including tracking and messaging technologies, etc..) and other tracking and messaging systems use patented technologies for tracking and messaging information associated with shipments that infringes claims within claim 5 of the '207, claim 41 of the '359, claim 79 of the '299 and claim 1 of the '970 patents. I am writing with the hope of resolving this issue and to offer OEC a discounted "agreement" for 6,415,207 ("the '207 patent") for licensing, and the 6,904,359 ("the '359 patent"), 6,763,299 ("the '299 patent"), 7,400,970 ("the '970 patent") patents for past usage under highly favorable terms. [4]

Shipping has actively pursued settlement agreements of its arrival notification technology in the transportation, transportation logistics, cargo shipment, package delivery, package tracking and other related industries since mid-2005. Since that time Shipping has licensed its technology to several hundred logistics companies, many within the industry like OEC. Although some of these were granted in settlement of patent infringement actions filed by Shipping, the majority resulted from amicable business negotiations prior to any infringement action. Contained within this correspondence you will find claim(s) charts for claim 5 of the '207 patent, claim 41 of the '359 patent, claim 79 of the '299 patent and claim 1 of the '970 patent, which detail ABC's straightforward use of these patented claims. After reviewing the claims charts along with additional information contained herein, we hope that a mutual agreement can be executed between the parties.

## BACKGROUND

The inventions assigned to Shipping & Transit, LLC and its predecessors ArrivalStar SA and Melvino Technologies Limited (collectively "S & T") are reflected in 32 patents based on inventions by Martin Kelly Jones. For more than 30 years Mr. Jones has worked continuously innovating in the Advance Notification field of technology. This includes but is not limited to providing information within messages about the shipping, in-transit location and arrival of packages to homes, businesses and intermediate stop and/or transfer locations). He has remained an owner and played active roles, through different groups of investors and corporations - over the

---

[4] This Letter has been sent making every effort to comply with California's Patent Abuse Prevention Act. Pursuant to the Act, if any additional information is required please let us know in writing.

years, and this continues today.

Mr. Jones conceived his inventions in 1985 when he observed a young girl waiting at a school bus stop on a rainy, foggy Atlanta morning. Imagine the consternation of parents not knowing if the school bus was late, if the school bus was involved in an accident between the bus stop and the school, etc. From that moment, Mr. Jones undertook to develop an advanced arrival notification system that would, in addition to a myriad of other applications, notify homes with school children when their bus was starting its route, when delays occurred, and when their bus was close to their stop, thus minimizing wait time at bus stops, enhancing children's safety and helping to put parents at ease.

Mr. Jones commercialized his Advance Notification technology originating with "BusCall"[5], which notified children and parents that the school bus was in route, or of its impending arrival. This technology was implemented across four states over a two-year period, helping thousands of kids, and their parents, and received high praise from news outlets such as CNN and The Wall Street Journal.

**"School Bus Safety Sharpened With BellSouth's Cellemetry Data Service and BusCall"**
Beginning with the rollout of Noticom, LLC in 1998, Mr. Jones' Advance Notification technologies providing messages to the homes of school children, before their bus arrived became available in Minnesota, Maine, Georgia, and Florida. Following its initial success Noticom entered into agreements with one of the largest Telco's in order to deploy the technology into eleven additional states. CNN and most major news outlets, including The Wall Street Journal, talked about its impact for safety, convenience and reduced exposure for the 24 million children that wait for school buses each morning.

With the early success of Noticom, Mr. Jones prepared a startup company (eTrackMail) for Advance Notification systems for the USPS and overnight mail companies – advisory board members included Tony Frank (ex postmaster general) and others. Mr. Jones was contacted by the USPS to team up with Northrop Grumman, Motorola, and others on an Enhanced Street Performance system - to bring advance notification to the U.S. postal deliveries daily.



The years of innovation seemed like they were paying off for Mr. Jones, but unexpectedly

---

[5] BusCall--Wait Safety on the school bus video can be seen at the following links: www.youtube.com/watch?v=K9rFQQyvhR4; https://www.youtube.com/watch?v=KJ1mT9ZBOUU

many economic hurdles impacted deployments, including, but not limited to, the dot-com crash in 2000 and the 911 attacks in 2001. Although he received some minimal investment funding in 2002, patent infringement by larger corporations, cloning his technologies became so widespread that after one and a half years of seeking deployment capital and repeated comments by investors like "companies are already deploying your technology and services", Mr. Jones' effort to obtain investment for deployment failed.

Faced with little alternative, Mr. Jones began an effort to fund the deployment himself by sending out notice letters to potential users regarding their likely infringement of his patents. Unfortunately, Mr. Jones soon found out that taking on these efforts by himself without the assistance of counsel failed, and when communication did occur it would best be characterized as "we don't care" if you patented it.  Accordingly, in 2003, Shipping hired its first law firm to address patent infringement and began filing lawsuits in approximately 2005 to enforce its IP rights.

Mr. Jones never intended to merely license his technology.  It was developed to be deployed throughout the country in various sectors including child school bus safety, mail and other passenger and cargo services.  However, the economic times left him with no choice but to enforce his rights through litigation when pre-suit negotiations fell through.

Since 2003, Mr. Jones and his companies have negotiated more than 600 hundred licenses and been involved in over 400 lawsuits, some against the biggest companies on the Fortune 500. Furthermore, some of the 32 plus patents within S&T's portfolio have been in and out of reexamination at the United States Patent and Trademark Office (USPTO).  Approximately 6 of 8 of those patents have been successful despite the reexamination process (where third parties have the opportunity to challenge patents) while one other was not defended by Mr. Jones.  It is obvious if S&T's licensing campaign was executed or intended to be done in bad faith one or more of the hundreds of defendants and/or licensees would have raised and pressed the issue before.  Mr. Jones is a professional inventor who has spent half his life on these inventions and should be awarded for the same.  It is the American Way and the purpose of our Patent Laws.  Indeed Article I, Section 8 of the United States Constitution requires Congress:

> ***"To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries"***

Please also remember that patents are presumed valid (35 U.S.C. § 282), and initiating litigation to enforce a patent is expressly permitted by statute (35 U.S.C. §281) and sending letters asserting infringement to put an infringer on notice may be required in some instances to entitle the patent owner to the full scope of financial compensation under 35 U.S.C. §287.

Furthermore, the U.S. Supreme Court and The Federal Circuit have recognized such an approach as necessary to curtail patent infringement and reward inventors for their innovation. Virtue v. Creamery Pkg. Mfg. Co., 227 U.S. 8, 37-38 (1913) ("Patents would be of little value if infringers of them could not be notified of the consequences of infringement, or proceeded against in the courts. Such action, considered by itself, cannot be said to be illegal."); Va. Panel Corp. v.

MAC Panel Co., 133 F.3d 860, 869 (Fed. Cir. 1997) ("[A] patentee must be allowed to make its rights known to a potential infringer so that the latter can determine whether to cease its allegedly infringing activities, negotiate a license if one is offered, or decide to run the risk of liability and/or the imposition of an injunction.").

## THE SYSTEMS AND METHODS AT ISSUE

After careful review, Shipping and Transit has determined that OEC's programs, products, services, systems and methods, including, but not limited to e-service, OEC's track and trace messaging technologies that are protected within United States '207, '359, '299 and '970 Patents owned by Shipping and Transit, LLC:

**OEC Systems & Features[6]:**



- Seamless integrated systems include ***tracking & tracing***....

- Enhance ***visibility of your shipments*** using our advanced technology...***advance tracking*** of your ***shipment milestones*** and reporting options

**Tracking Log-In:**



**Quick Track Login:**

---

[6]Screen Capture 12/20/2008: www.OecGroup.com- Quick Track; Login Track





Message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/driver when he arrives. This highlights that the activation may occur at the pick-up location (start of the route) and could happen day/s in advance.

**Patent '970-Claim 1**

| "**U.S. Patent 7,400,970** – *Claim* 1. A computer based notification system, comprising: | OEC Shipment Tracking & Alerts is a computer based notification system; |
|---|---|
| means for enabling communication with a **user that is designated to receive delivery of a package**; | The OEC system allows shipment tracking by the user that designated to receive a delivery of a package / shipment. |
| means for presenting one or more selectable options to the user, | A OEC user is presented with different options for allowing exception based tracking and messaging, |
| the selectable options including at least an activation option for instigating monitoring of travel data associated with a vehicle that is delivering the package to the user; | Users select exception based tracking and / or users select email notification of shipment updates; |
| **means for requesting** entry by the user of a **package identification number** or package delivery number, each pertaining to delivery of the package; means for identifying the vehicle based upon the entry; | OEC tracking and messaging is determined by the package identification number – the package identification number is also the package tracking number that identifies shipment data such as delivery times, vehicles and other information – this information is selected and entered by the user; |
| means for requesting entry by the user of contact information indicating **one** or more *communication media to be used in connection with a notification communication to the user*; | OEC user/purchaser/package recipient enters an email address. This may be changed within user account settings. |

| means for monitoring the travel data; and **means for initiating the notification** communication pertaining to the package via the one or more communication media, based upon the travel data." | OEC messages are sent based on a tracking input when the package starts its route (likely pick-up, placed on conveyer belt and/or scanned out to loading dock/out of warehouse, etc.) to its destination (delivery address), during the route (exceptions) or any point from pickup to delivery. The activation is based on the package tracking – scanned at or around the pick up point. |
|---|---|

Please note that the '970 patent states that tracking updates *can be utilized on single sensors such* …**as when a package is scanned** …

Please also note that the '970 patent (and others) states that activation of impending arrival messages to users can be set…**day/s before the vehicle is to arrive**.

**It should be noted that even a simple bar code scan can be considered tracking for purposes of these patents. Please refer to the FIGS 7, 8, 9 and 10 of Patent 6,748,318 which are incorporated by reference within the '970 patent.**

These and other areas of OEC's services used claims of the '970 patent. Although an exhaustive explanation of all aspects of your company's usage of the 970' patent is beyond the scope of this letter, we generally direct your attention to the means plus functions claim 1 (above) and claim 8 (below) of the '970 patent:

*U.S. Patent 7,400,970 - Claim 8.* "A computer based notification system, comprising:

means for monitoring travel data associated with a plurality of mobile vehicles;

means for enabling communication with a user that wishes to use a service provided by a particular vehicle at a particular vehicle stop;

means for requesting entry of a stop identification number;

means for identifying the particular vehicle based upon the stop identification number;

means for presenting one or more selectable options to the user, the selectable options including at least an option for requesting information pertaining to the particular vehicle, the information being a vehicle type, a number of vehicle stops that will be encountered while the vehicle is en route to a stop location, or both; and

means for initiating a notification communication pertaining to the vehicle with the user, based upon the travel data."

**Patent '207-Claim 5**

| "**U.S. Patent 6,415,207** – *Claim* 5. A system | OEC monitors shipments from pickup |
|---|---|

| | |
|---|---|
| for monitoring and reporting status of vehicles, comprising:: | locations, travel and hub locations and also delivery locations. Shipment Notifications Emails, Order Confirmation Emails and Updated tracking information on the OEC website monitor and report status' of vehicles picking up, transporting and delivering customer ordered products; |
| means for maintaining status information associated with a vehicle, said status information indicative of a current proximity of said identified vehicle; | OEC maintains the status shipments about to occur, occurring, in-route and at the delivery location. Customers want and OEC provides updated vehicle delivery information; |
| means for communicating with a remote communication device, said means for communicating including a means for receiving caller identification information automatically transmitted to said communicating means; | Customers using the OEC system setup accounts and enter email address and other contact information. When the customer enters email and account information on the OEC system, the website places information on the customer's computer for automatically identifying this customer, when this customer returns to the OEC system or 3rd party website.<br><br>This information that identifies the customer to the website is known as browser cookies or tracking cookies, cookies are small, often encrypted text files, located in browser directories. They are used by OEC to help customer automatically log in or particularly log in and navigate their websites efficiently and perform certain functions.<br><br>Cookies may also be created when a user's browser loads the OEC website. The website sends information to the browser which then creates a text file. Every time the user goes back to the OEC website, the browser retrieves and sends this file to the website's server. Computer Cookies are created not just by the website the user is browsing but also by other websites that run ads, widgets, or other elements on the page being loaded. |
| means for utilizing said caller identification information to automatically search for and locate a set of said status information; and | OEC utilizes the customer identification information for store fronts to log users into their own account information. Auto-populated email fields are generated and entered into the account log in fields. After the user is automatically identified, they are (a.) |

| | |
|---|---|
| | automatically logged in or (b.) email addresses are automatically filled in and customers may search for and locate vehicle and shipment status information.<br><br>Links within email confirmations and notifications provide customers with their own account information. The same and other links provide product and shipment information. |
| means for automatically retrieving and transmitting said set of said status information. | OEC's customers are automatically logged into their account and this automatic log in retrieves and transmits vehicle and shipment status information (i.e. users are not required to enter account in whole or in part, information). |
| 7. The system of claim 5, wherein said caller identification information is an e-mail address. | The user/purchaser/package recipient enters an email address.<br><br>"At some point, a user identifier identifying the user is correlated with entry. For example, during a registration period, the user may provide his or her telephone number, which is stored in the database **72** and correlated with the entry in the database **72** associated with the vehicle **17**. However, it should be noted that other types of user identifiers may be used. For example, the user identifier may be the user's name, the user's home or business address, the user's e-mail address, or other types of values that identify the user." |

In architecture, the system of the present invention utilizes a database, a communication interface, and a system manager. The database stores status information associated with a vehicle [shipment was picked up by vehicle] or [shipment is in route] or [shipment was delivered], and the communication interface is designed to communicate with communication devices remotely located from the system. The system manager receives a message transmitted from the vehicle and updates the status information stored in the database based on the received message [when shipments are scanned into the vehicle, this information updates the shipment records/database]. When a remote communication device establishes communication with the communication interface, the communication interface receives caller identification information automatically transmitted to the communication interface. The system manager analyzes this caller identification information and automatically retrieves status information from the database based on the caller identification information. The system manager then transmits, via the

communication interface, the retrieved status information to the remote communication device.

**Patent '359-Claim 41**

| "**U.S. Patent 6,904,359** – *Claim* 41. A notification system, comprising: | OEC provides Shipment Notifications via Emails and Order Confirmation via Emails for informing their customers when orders are processed and when shipments have left their facility and are on their way to the customer's delivery address; these vehicles are picking up, transporting and delivering customer ordered products; |
|---|---|
| (a) means for permitting a user to predefine one or more events that will cause creation and communication of a notification relating to the status of a mobile vehicle in relation to a location, comprising: | OEC customers are set-up account information and enter delivery address/s and email contact information for permitting the Shipment Notification system to send messages associated with the delivery address/location – additionally users may also select exception based tracking and notifications; |
| (1) means for permitting the user to electronically communicate during a first communication link with the notification system from a user communications device that is remote from the notification system; and | OEC customers setup accounts and enter email address and other contact information on the website. When the customer (over the internet/remotely) enters email and account information on the OEC website, the website stores the information during this 1st communication link / session; |
| (2) means for receiving during the first communication link an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following: distance information specified by the user that is indicative of a distance between the vehicle and the location, location information specified by the user that is indicative of a location or region that the vehicle achieves during travel, time information specified by the user that is indicative of a time for travel of the vehicle to the location, or a number of one or more stops that the vehicle accomplishes prior to arriving at the location; and | The OEC website saves customer account information during the account setup (first communication link) and the OEC system retrieves location (customer address information) information indicative of their delivery address and allows this information to be used for determining a region that the delivery vehicle will achieve during travel (from the location a package was initially shipped to, to the delivery address); and |
| (b) means for establishing a second communication link between the system and | OEC's customers are automatically notified of shipments in route to their delivery address |

| | |
|---|---|
| the user upon occurrence of the one or more events achieved by the mobile vehicle during the travel. | (the event) or exceptions occur before the scheduled delivery. This occurs when the shipment is picked up and in route by a courier (vehicle) and during a second communication link. |

"Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive."

## Patent '299-Claim 79

| | |
|---|---|
| *"U.S. Patent 6,763,299– Claim* 79. A system, comprising: | OEC provides tracking and shipment notifications for informing their customers when orders are processed and when shipments have left their facility and are on their way to the customer's delivery address; these vehicles are picking up, transporting and delivering customer ordered products; |
| means for maintaining delivery information identifying a plurality of stop locations; | OEC customers set-up accounts and enter a plurality of delivery address/s on their website. The OEC database stores, maintains and uses delivery information when users order and products are shipped to customer in-put delivery addresses; |
| means for monitoring travel data associated with a vehicle in relation to the delivery information; | OEC monitors shipments by vehicles picking up, in transit and delivering products to customer addresses (delivery information); |
| means for, when the vehicle approaches, is at, or leaves a stop location: determining a subsequent stop location in the delivery information; | OEC determines when a package is scanned on a courier vehicle (is at the loading dock), the subsequent delivery address of each package to different customer accounts/addresses; |
| determining user defined preferences data associated with the stop location, the user defined preferences data including a distance between the vehicle and the subsequent stop that corresponds to when the party wishes to receive the communication; and | OEC's customers enter contact information to be notified when their product ships – the shipment notification informs the user their shipment was picked up by a vehicle and is on its was to the address provided; The distance is the pick-up to delivery and based on the shipment options (overnight, 2nd day, ground, etc..) the user is informed on the arrival time / date. Notifications include the delivery date within the message. |

| | |
|---|---|
| sending a communication to a party associated with the subsequent stop location in accordance with the user defined preferences data to notify the party of impending arrival at the subsequent stop location. | The shipment notification is sent to the user informing them of the pickup (first stop location) and of the delivery address subsequent stop location. |

The present invention generally relates to data communications and information systems and, more particularly, to advance notification systems and methods for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel, or user walking or riding, to or at a particular stop.

     The programs and services described above, and likely many other functionalities of OEC's products and services are covered by claims of the aforementioned patents. Additional claims within the Patents may be added through discovery, if necessary, but we are confident that you and your attorneys will reach the same conclusion once you have analyzed the company's systems and products in view of the patents cited.

     Please understand Shipping and Transit processes for determining infringement is an extensive and historically speaking an extremely accurate process. We always offer straightforward open dialog to answer any reasonable questions of the patent claims, usage and matching OEC's technologies to Shipping and Transit's technologies. The Patents are strong in both invalidity and scope, we sincerely hope for an amicable resolve.

### SHIPPING'S PROGRAM

     As noted above, Shipping has settlement agreements with several hundred companies regarding its arrival notification technology in the online retail space, transportation, transportation logistics, cargo shipment, package delivery, package delivery notification, warehousing, mail, fleet management, asset management, and related industries, including, but not limited to, the following very small sample[7]:

| | |
|---|---|
| Cosco Holding Company | Sabre Holdings |
| ABF Freight System, Inc. | Infor Global Solutions (Chicago) |
| Acsis, Inc. | Lynden Inc. |
| APL Logistics Company | CSX Corporation |
| Atlantic Container Line AB | Nistevo Corporation |
| BNSF Railway Co. | Northwest Airlines |
| Evergreen Maritime | NYK Logistics |
| Horizon Lines | OAG Worldwide, Lmtd. |

---

[7] *Shipping has agreements with FedEx and UPS. However, those agreements only cover any claims or actions arising out of any product or service sold, made or licensed by FedEx or UPS respectively. The terms of those agreements do not prevent Shipping from making a claim, as we are here, that an entity utilizes the services of an unlicensed carrier.*

| | |
|---|---|
| Yang Ming | Ozburn Hessey Logistics |
| Con-Way Transportation Services | Par3 Communications |
| Globe Express Services, Ltd. | Pitt-Ohio Express, LLC |
| Descartes Systems Group, Inc. | Travelocity |
| Trade-Point Systems, LLC | Supply Chain Consulting |

Although Shipping certainly prefers to resolve these matters amicably, Shipping has, when necessary, filed lawsuits to enforce its patent rights, some of them include:

| | |
|---|---|
| Urban Outfitters | Pizza Hut |
| Dollar General | Panasonic |
| Radio Shack | Rawlings Sporting Goods |
| The NorthFace | Under Armour |
| Dunkin Donuts | GameStop |
| Lululemon | PetCo |
| Pet Smart | Gatorade |
| Toshiba | Spanx |
| Toms Shoes | The Golf Warehouse |
| LL Bean | Seagate |
| Ace Hardware | Armani |
| Rite Aid | Allen Edmonds Shoes |
| Hewlett Packard | Lacoste |
| Nautical | The Gap |
| Groupon | Nike |
| Sketchers | City of Raleigh |
| Brookstone | Coach |
| Estee Lauder | Gucci |
| Safeway | Burlington Coat Factory |
| Bed Bath & Beyond | Gymboree |
| Nordstrom | Archer-Daniels Midland |
| Chrysler | Nissan |
| Virgin America | Oakley |
| Best Buy | Neiman Marcus |
| Kohl's Department Store | Dick's Sporting Goods |
| Abercrombie & Fitch | Port Authority of New York & New Jersey |
| JetBlue | Target |
| Barnes & Nobles | Brooks Brothers |
| Wal-Mart | Macy's |
| U.S. Airways | Ford |
| AT&T | Sprint |

<u>ArrivalStar Ltd. et al. v. United Shippers Corporation of NY and Yang Ming (America) Corporation</u>
U.S. District Court for the District of New Jersey: 2:06cv56

ArrivalStar SA et al. v. Tradepoint Systems, LLC
U.S. District Court for the District of New Hampshire: 1:06cv82

ArrivalStar Ltd. et al. v. Tradebeam, Inc. and Cleartrack Information Network, Inc.
U.S. District Court for the Northern District of Illinois: 1:06cv82

ArrivalStar SA et al. v. APL Logistics, Inc.
U.S. District Court for the Northern District of California: 4:06cv4289

ArrivalStar SA et al. v. Langham Logistics, Inc., Supply Chain Consulting U.S., LLC, Ozburn Hessey Logistics, LLC, Amtrex Trading, LLC and Fortigo, Inc.

ArrivalStar, Inc. v. Maersk Logistics USA, ABF Freight System, Inc., NYK Logistics, Inc., Con-Way Transportation Services, Inc.
U.S. District Court for the Southern District of Florida: 1:05cv21046

Arrival Star, Inc. v. PBB Global Logistics, Inc.
U.S. District Court for the Northern District of Illinois: 1:05cv4766

Arrival Star, Inc. v. Cosco Container Lines Americas, Inc.
U.S. District Court for the Eastern District of Virginia: 1:05cv933

ArrivalStar SA et al. v. Globe Express Services, Ltd. et al.
U.S. District Court for the Western District of North Carolina: 3:06cv77

ArrivalStar SA et al. v. Pilot Air Freight Corp.
U.S. District Court for the Northern District of Illinois: 1:06cv51

ArrivalStar SA et al. v. Pitt-Ohio Express, LLC
U.S. District Court for the Western District of Pennsylvania: 2:06cv413

ArrivalStar SA et al. v. Pilot Air Freight Corp.
U.S. District Court for the Eastern District of Pennsylvania: 2:06cv1382

ArrivalStar SA et al. v. A. Duie Pyle, Inc.
U.S. District Court for the Middle District of Pennsylvania: 1:06cv766

ArrivalStar SA et al. v. SSA Global Technologies, Inc.
U.S. District Court for the Northern District of Illinois: 1:06cv2164

ArrivalStar SA et al. v. Atomicbox, Inc.
U.S. District Court for the Northern District of Ohio: 5:06cv964

ArrivalStar SA et al. v. Catalyst International Inc.
U.S. District Court for the Eastern District of Wisconsin: 2:06cv588

ArrivalStar SA et al. v. Railinc Corp.
U.S. District Court for the Eastern District of North Carolina: 5:06cv222

ArrivalStar SA et al. v. New Penn Motor Express, Inc.
U.S. District Court for the Middle District of Pennsylvania: 1:06cv1214

ArrivalStar SA et al. v. Saia Motor Freight Line, Inc.
U.S. District Court for the Northern District of Georgia: 1:06cv1606

ArrivalStar SA et al. v. Acsis, Inc.
U.S. District Court for the District of New Jersey: 1:06cv3439

ArrivalStar SA et al. v. B E Logistics, Inc.
U.S. District Court for the Central District of California: 2:06cv4568

ArrivalStar SA et al. v. Lynden, Inc.
U.S. District Court for the Western District of Washington: 2:06cv1030

ArrivalStar SA et al. v. City of Albuquerque
U.S. District Court for the District of New Mexico: 1:07cv228

ArrivalStar SA et al. v. Dallas-Fort Worth International Airport
U.S. District Court for the Northern District of Texas: 3:07cv464

ArrivalStar SA et al. v. ShipMatrix, Inc., United Parcel Services, Inc. and FedEx Corp.
U.S. District Court for the Western District of Pennsylvania: 2:07cv415

ArrivalStar SA et al. v. UAL Corporation
U.S. District Court for the Northern District of Illinois: 1:07cv2385

ArrivalStar SA et al. v. Canadian National Railway Co., BNSF Railway Co., CSX Corporation, Inc., Siemans VDO Automotive, I2 Technologies, Inc. and Transworks, Inc.
U.S. District Court for the Northern District of Illinois: 1:08cv1086

U.S. District Court for the Southern District of Indiana: 1:08cv1689
ArrivalStar SA et al. v. Prophesy Transportation Solutions, Inc., NTE, LLC., NNR Global Logistics USA, Inc., Navitag Technologies, Inc., Flash Global Logistics, Inc., and CMA CGM, LLC.
U.S. District Court for the Northern District of Illinois: 1:09cv2346

**SHIPPING'S PROPOSAL**

Shipping has been very successful enforcing its patent rights. We work hard to effectively communicate with you and are willing to walk you through the claims chart contained herein. Shipping proposes that the most reasonable, practical and economical course of action would be

for the parties to amicably and promptly resolve all issues through a suitable settlement agreement prior to the matter proceeding further.

To that end, Shipping's proposes an upfront discounted license fee of [REDACTED] for the licensing of 6,415,207 ("the '207 patent"), and the past usage and damages of the 6,904,359 ("the '359 patent"), 6,763,299 ("the '299 patent") and the 7,400,970 ("the '970 patent") patents. This proposed license fee, of course, is subject to early discussions and good faith communications.

As a result, please contact me, or have your attorney contact me, within thirty (30) days of receiving this correspondence.  If I do not hear from you, your company's lawyer or another company representative by then I will assume that OEC is not interested in an amicable resolution of this matter.

We thank you in advance for your consideration of our proposal and look forward to working with you soon. Upon receipt of this correspondence please contact myself or licensing agent Edward Turnbull (778) 991-6208.

Sincerely,


Jason P. Dollard